Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax:  (702) 384-0394
E-mail:  CBrown@shookandstone.com

Attorneys for Plaintiff
Victor Hugo Perez Luna

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR HUGO PEREZ LUNA,<br><br>        Plaintiff,<br><br>        vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:21-cv-01376-BNW<br><br>STIPULATION AND PROPOSED ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE BRENDA WEKSLER, MAGISTRATE JUDGE

OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their

undersigned counsel, subject to the approval of the Court, that Victor Hugo Perez

Luna be awarded attorney fees and expenses in the amount of THREE

THOUSAND FIVE HUNDRED TWELVE dollars AND NINETY-THREE cents ($3,512.93) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED TWO dollars ($402.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Victor Hugo Perez Luna, the government will consider the matter of Victor Hugo Perez Luna's assignment of EAJA fees to Marc Kalagian.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Victor Hugo Perez Luna, but if the Department of the Treasury determines that Victor Hugo Perez Luna does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Victor Hugo Perez Luna.[1]  Any payments made shall be delivered to Marc Kalagian.

This stipulation constitutes a compromise settlement of Victor Hugo Perez Luna's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

1   agreed amount shall constitute a complete release from, and bar to, any and all

2   claims that Victor Hugo Perez Luna and/or Marc Kalagian including Law Offices

3   of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in

4   connection with this action.

5       This award is without prejudice to the rights of Marc Kalagian and/or the

6   Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act

7   attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of

8   the EAJA.

9   DATE: October 21, 2022    Respectfully submitted,

10                              LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

11                        /s/ *Marc V. Kalagian*

12           BY:_____
                  Marc V. Kalagian

13                   Attorney for plaintiff
                  VICTOR HUGO PEREZ LUNA

14

15   DATED: October 21, 2022      JASON M. FRIERSON
                  United States Attorney

16

17                      /s/ *Daniel P. Talbert*

18                   _____
                  DANIEL P. TALBERT

19                   Special Assistant United States Attorney
                  Attorneys for Defendant

20                   KILOLO KIJAKAZI, Acting Commissioner of
                  Social Security (Per e-mail authorization)

21

22                             **ORDER**

23       Approved and so ordered:

24   DATE: October 26, 2022

25                   _____
          THE HONORABLE BRENDA WEKSLER

26           UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California  90670.

On this day of October 25, 2022, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mr. Victor Hugo Perez Luna
1657 Christy Lane
Las Vegas, NV 89142

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Marc V. Kalagian   ____                     */S/ Marc V. Kalagian* _____
TYPE OR PRINT NAME                                          *SIGNATURE*

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:21-CV-01376-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for this court by using the CM/ECF system on October 25, 2022.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the CM/ECF system, except the plaintiff

served herewith by mail.

/s/ *Marc V. Kalagian*

_____

Marc V. Kalagian
Attorneys for Plaintiff