AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

VICTOR HUGO PEREZ LUNA,

              Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01376-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in favor of Plaintiff against Defendant. IT IS ORDERED that Victor Hugo Perez Luna be awarded attorney fees and expenses in the amount of $3,512.93.

10/26/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk